UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PATRICK COLLINS, INC. | ) | |
| DBA ELEGANT ANGEL | ) | |
| 8015 Deering Ave. | ) | |
| Canoga Park, CA 91304 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-cv-01098-CM |
| | ) | |
| DOES 1 – 139 | ) | |
| | ) | |
| Defendants. | ) | |

MEMO ENDORSED

**MOTION FOR LEAVE TO TAKE DISCOVERY
PRIOR TO RULE 26(f) CONFERENCE**

Plaintiff, by and through counsel, pursuant to the Federal Rules of Civil Procedure,

respectfully requests this Court for leave to take discovery prior to the Rule 26(f) conference, as

explained the accompanying Memorandum of Points and Authorities, filed contemporaneously

herewith. The reasons are that (1) the Defendants cannot be identified without information from

their respective Internet Service Providers (ISPs), and (2) such ISPs have limited retention

periods for the relevant records.

Respectfully submitted this 22nd day of February, 2012.

FOR THE PLAINTIFF:

By: /s/ Mike Meier
Mike Meier (NY9295)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

2/22/2012

Denied

1