UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK COLLINS, INC. ) <br> DBA ELEGANT ANGEL ) <br> 8015 Deering Ave. ) <br> Canoga Park, CA 91304 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 139 ) <br> ) <br> ____Defendants._____) | USDS SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 3/8/12 <br><br> Civil Action No. 12-cv-01098-CM |

MEMO ENDORSED

**PLAINTIFF'S RULE 60(b) MOTION OR, IN THE ALTERNATIVE, MOTION FOR RECONSIDERATION, FOR RELIEF FROM DENIAL OF MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

Plaintiff, by and through counsel, pursuant to the Federal Rules of Civil Procedure, respectfully submits this Motion under Rule 60(b) or, alternatively, for Reconsideration, of the Memorandum Endorsement of February 22, 2012, denying early discovery (Document 6), as explained in the accompanying Memorandum of Points and Authorities, filed contemporaneously herewith.

Respectfully submitted this 3rd day of March 2012.

FOR THE PLAINTIFF:

By:   /s/ Mike Meier
Mike Meier (NY9295)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email: mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

[Handwritten memo endorsement, dated 3/8/2012: "Until I have decided whether the 139 defendants is proper — and I very much doubt that it will be — there will be no discovery. Motion denied. I do not think it appropriate to enter any order to expedite discovery..." (signature)]